AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| Robin Decker | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-11085 |
| Mac's Convenience Stores, LLC | ) |
| *Defendant* (Previously named as Circle K Stores, Inc.) | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mac's Convenience Stores, LLC (previously erroneously named as Circle K Stores, Inc.) .

Date: 05/14/2025

/s/Zachary G. Stillman
*Attorney's signature*

Zachary G. Stillman
*Printed name and bar number*
Litchfield Cavo, LLP
303 W. Madison St, Ste 303
Chicago, IL 60606

*Address*

stillman@litchfieldcavo.com
*E-mail address*

(312) 781-6672
*Telephone number*

(312) 781-6630
*FAX number*