AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| Robin Decker ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-11085 |
| Circle K. Stores, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robin Decker                                                                 .

Date: 05/15/2025

/s/ James A. lane
*Attorney's signature*

James A. Lane (P74654)
*Printed name and bar number*

24901 Northwestern Highway, Suite 700
Southfield, Michigan 48075 l365

*Address*

james.lane@855mikewins.com
*E-mail address*

(248) 350-9050
*Telephone number*

(248) 671-0704
*FAX number*