**EASTERN DISTRICT OF MICHIGAN**
**UNITED STATES DISTRICT COURT**

| | | |
|---|---|---|
| ROBIN DECKER, | ) | |
| | ) | |
| Plaintiff, | ) | No.  25-11085 |
| | ) | |
| v. | ) | Hon. Judith E. Levy |
| | ) | |
| CIRCLE K STORES INC. | ) | Mag. Judge Kimberly G. Altman |
| | ) | |
| Defendant, | ) | |
| | ) | |

## JOINT STIPULATION TO AMEND COMPLAINT TO REFLECT PROPER DEFENDANT

NOW COME the Plaintiff, ROBIN DECKER, and Defendant, CIRCLE K STORES, INC. ("Circle K"), by and through their respective undersigned counsels, and hereby stipulate and agree that Circle K was improperly named as a Defendant in this matter. Plaintiff shall accordingly file an amended complaint substituting Mac's Convenience Stores, LLC as the Defendant in place of Circle K, and Circle K Stores, Inc. shall be dismissed without prejudice.

Dated: May 21, 2025

Respectfully submitted,

By: /s/ *James A. Lane*
James A. Lane
Mike Morse Law Firm
24901 Northwestern Highway, Suite 700
Southfield, MI 48075
james.lane@855mikewins.com
**Attorney for Plaintiff**

By: /s/ *Zachary G. Stillman*
Joseph P. Sullivan
Zachary G. Stillman
Litchfield Cavo LLP
303 West Madison Street
Chicago, IL 60606
(312) 781-6602
sullivanj@litchfieldcavo.com
Stillman@litchfieldcavo.com
**Attorneys for Defendant Circle K Stores, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

   I certify that on April 22, 2025, I, counsel for Circle K Stores, Inc., served the foregoing **Joint Stipulation to Amend Complaint to Reflect the Proper Defendant** via electronic mail to the below-listed counsel of record for plaintiff:

James A. Lane
Mike Morse Law Firm
24901 Northwestern Highway, Suite 700
Southfield, MI 48075
james.lane@855mikewins.com

            /s/ *Zachary G. Stillman*