# Summons and Complaint Return of Service

Case No. 5:25-cv-11085
Hon. Judith E. Levy

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mac's Convenience Stores, LLC was received by me on *(date)* June 12, 2025 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joseph P. Sullivan , who is designated by law to accept service of process on behalf of *(name of organization)* Mac's Convenience Stores, LLC **Via Email** on *(date)* June 12, 2025 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/12/25

/s/ James A. Lane
*Server's signature*

James A. Lane - Attorney
*Printed name and title*

24901 Northwestern Highway, Suite 700
Southfield, Michigan 48075
*Server's address*

Additional information regarding attempted service, etc: