EASTERN DISTRICT OF MICHIGAN
UNITED STATES DISTRICT COURT

ROBIN DECKER,

    Plaintiff,

-vs-

MAC'S CONVENIENCE STORES, LLC.,

    Defendant.

Case No: 25-11085
Hon. Judith E. Levy
Mag: Judge Kimberly G. Altman

| | |
|---|---|
| MARC J. MENDELSON (P52798) | JOSEPH P. SULLIVAN (P38076) |
| JAMES A. LANE (P74654) | LITCHFIELD CAVO LLP |
| MIKE MORSE LAW FIRM | Attorney for Defendant |
| Attorneys for Plaintiff | 303 West Madison Street |
| 24901 Northwestern Highway, Suite 700 | Chicago, IL 60606 |
| Southfield, Michigan 48075-l365 | (312) 781-6602 |
| (248) 350-9050 | sullivanj@litchfieldcavo.com |
| James.lane@855mikewins.com | |
| Rima.najor@855mikewins.com | |

## DENIAL OF AND DEMAND FOR SPECIFIC RECITATION OF FACT CONSTITUTING EACH AND EVERY AFFIRMATIVE DEFENSE SET FORTH BY DEFENDANT MAC'S CONVENIENCE STORES LLC

    NOW COMES Plaintiff by and through her attorneys, MIKE MORSE LAW FIRM, and pursuant to MCR 2.111(F)(3)(a) hereby set forth a denial of each and every Affirmative Defense set forth in Defendant's Answer to Plaintiff's Complaint and further, specifically demand a detailed statement of fact constituting each and every Affirmative Defense and a recitation of the

legal basis therefore, as set forth in Defendant's Answer to Plaintiff's Complaint, as mandated by the above Court Rules.

          Respectfully submitted,

          **MIKE MORSE LAW FIRM**

          /s/ James A. Lane
          MARC J. MENDELSON (P52798)
          JAMES A. LANE (P74654)
          Attorneys for Plaintiff
          24901 Northwestern Hwy, Suite 700
          Southfield, Michigan 48075
          (248) 350-9050
          James.lane@855mikewins.com

Dated: July 15, 2025

## CERTIFICATE OF SERVICE

     I Rima Najor, hereby certifies that a copy of Plaintiff's Denial of and Demand for Specific Recitation of Fact Constituting each and every Affirmative Defense set forth by Defendant Mac's Convenience Stores, LLC was served upon all attorneys of record of all parties to the above cause of action via electronic e-filing the same to them at their respective addresses as disclosed by the pleadings herein on July 15, 2025.

          /s/ Rima Najor
          **RIMA NAJOR**