# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Robin Decker,

                    Plaintiff,        Case No. 25-11085

v.                               Judith E. Levy
                               United States District Judge

Mac's Convenience Stores, LLC,

                           Mag. Judge Kimberly G. Altman

                    Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER [16]

The Court has reviewed Plaintiff's reply to Defendant's answer, which is stylized as a "denial of and demand for specific recitation of fact constituting each and every affirmative defense set forth" in Defendant's answer to Plaintiff's amended complaint. (ECF No. 16.) The Court strikes that document for the following reason:

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☒ Other: <u>Federal Rule of Civil Procedure 7(a) states that a reply to an answer is permitted "if the court orders one." Here, the Court has not ordered a reply to Defendant's answer. As such, Plaintiff's filing does not conform to Rule 7(a) and must be stricken.</u>

The document (ECF No. 16) is STRICKEN and not part of the record.

IT IS SO ORDERED.

2

Dated: July 16, 2025                s/Judith E. Levy
     Ann Arbor, Michigan        JUDITH E. LEVY
                                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 16, 2025.

                                s/William Barkholz
                                WILLIAM BARKHOLZ
                                Case Manager

3