# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Robin Decker,

          Plaintiff,

v.

Mac's Convenience Stores, L.L.C.,

          Defendant.

_____/

Case No. 25-11085

Judith E. Levy
United States District Judge

Mag. Judge Kimberly G. Altman

## SCHEDULING ORDER

Pursuant to the Joint Discovery Plan (ECF No. 14), IT IS HEREBY ORDERED that the following scheduling order is entered:

| EVENT | DEADLINE |
|---|---|
| Initial Disclosures exchanged by: | **July 26, 2025** |
| Email Case Manager regarding proposed Alternative Dispute Resolution procedure and timing: | **October 17, 2025** |
| Fact Discovery completed by: | **January 26, 2026** |
| Expert Discovery completed by: | **May 26, 2026** |
| Dispositive Motions filed by: | **July 27, 2026** |
| Motions *in Limine* filed by: | **December 7, 2026** |

| **Joint** Final Pretrial Order submitted by: | **January 5, 2027** |
|---|---|
| Final Pretrial Conference: | **January 11, 2027, at 10:30 a.m.** |
| Proposed Joint Jury Instructions & Verdict Form submitted by: | **January 19, 2027** |
| Trial Date: | **January 26, 2027, at 8:30 a.m.** |
| **JURY TRIAL** ||

## Expert Discovery

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

## Practice Guidelines

The parties are required to review and comply with this Court's practice guidelines, which are located at: http://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

## Discovery Disputes

The parties are required to first confer and attempt to narrow any disagreements regarding discovery. E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court's Case Manager via email prior to filing any discovery motions. The Court will then hold a video status conference with the parties regarding the subject of the dispute. The Court will only permit discovery motions to be filed after it holds a conference on the dispute; discovery motions filed without leave of Court will be stricken from the docket.

Dated: July 18, 2025  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 18, 2025.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager