AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Robin Decker     **District of**     Eastern District of Michigan

Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

Circle K Stores, Inc.

**CASE NUMBER:** 2:25:cv-11085

Defendant (s),

Notice is hereby given that, subject to approval by the court, __Circle K Stores, Inc.__ substitutes
(Party (s) Name)

__Paul A. Ruscheinski__, State Bar No. __MI-P85304__ as counsel of record in
(Name of New Attorney)

place of __Joseph P. Sullivan__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Litwin Kach, LLP |
| Address: | 401 N. Michigan Ave, Suite 1200 |
| Telephone: | (313) 779-1539     Facsimile |
| E-Mail (Optional): | paul@litwinkach.com |

I consent to the above substitution.

Date: 2/16/2026

Joshua Morris    *Digitally signed by Joshua Morris Date: 2026.02.24 13:20:18 -05'00'*

(Signature of Party (s))

I consent to being substituted.

Date: 2/16/2026

*/s/ JPSullivan*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/16/2026

*Paul Ruscheinski*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**